Lasher v New York City Dept. of Educ. (2023 NY Slip Op 02179)

Lasher v New York City Dept. of Educ.

2023 NY Slip Op 02179

Decided on April 27, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 27, 2023

Before: Renwick, A.P.J., González, Kennedy, Higgitt, JJ. 

Index No. 152885/14 Appeal No. 107 Case No. 2022-01103 

[*1]Rachael Lasher, Plaintiff-Appellant,
v
New York City Department of Education, Defendant-Respondent.

Steven L. Barkan P.C., Melville (Steven L. Barkan of counsel), for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Chloe K. Moon of counsel), for respondent.

Order, Supreme Court, New York County (Lyle E. Frank, J.), entered February 24, 2022, which, to the extent appealed from as limited by the briefs, granted defendant's motion for summary judgment dismissing plaintiff's claims for disability discrimination under the New York State and New York City Human Rights Laws, unanimously affirmed, without costs.
Plaintiff's claims were time-barred, as they arose from conduct occurring on or before January 24, 2013, more than one year before the commencement of this action (see Education Law § 3813[2-b]; Campbell v New York City Dept. of Educ., 200 AD3d 488, 488 [1st Dept 2021]). Contrary to plaintiff's contention, the continuing violation
doctrine does not apply because the complaint does not allege facts comprising "a single continuing pattern of unlawful conduct" but, rather, alleges "discrete events, involving different actors" (Campbell, 200 AD3d at 489 [internal quotation marks and citation omitted]).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 27, 2023